In the Supreme Court of Georgia

Decided: February 5, 2026

S20Y0209.  IN THE MATTER OF MUHAMMAD ABDUL-WARIT
ABDUR-RAHIM.

PER CURIAM

The Court having reviewed the motion to lift interim suspension submitted by the Office of the General Counsel of the State Bar of Georgia, and it appearing that Muhammad Abdul-Warit Abdur-Rahim (State Bar No. 560822) has satisfied the conditions for reinstatement as specified by this Court, see *In the Matter of Abdur-Rahim*, 315 Ga. 586 (2023), it is hereby ordered that Muhammad Abdul-Warit Abdur-Rahim be reinstated to practice law in the State of Georgia.

*Reinstated. All the Justices concur.*